Andrew I. PHILIPSBORN, as Trustee ON BEHALF OF the THOMAS D. PHILIPSBORN IRREVOCABLE IN-SURANCE TRUST Dated July 10, 2005, et al., Plaintiffs–Appellees,

v.

AVON CAPITAL, et al., Defendants–Appellees,

Appeal of: TPG Group, Inc., Claimant.

No. 17–3044

United States Court of Appeals, Seventh Circuit.

Submitted October 4, 2017 *

Decided October 6, 2017

John William Moynihan, Cooney Corso & Moynihan, LLC, Downers Grove, IL, for Plaintiffs–Appellees.

Kelly S. Hadac, HKM, P.A., ST. Paul, MN, for Defendants–Appellees.

Before Frank H. Easterbrook, Circuit Judge, Michael S. Kanne, Circuit Judge, Ann Claire Williams, Circuit Judge

### Order

This case is remanded for further proceedings in light of *Thomas D. Philipsborn Irrevocable Insurance Trust v. Avon Capital, LLC,* No. 15–3368, —— Fed.Appx.

---

* This successive appeal has been submitted to the original panel under Operating Procedure

——, 2017 WL 4465539 (7th Cir. Oct. 5, 2017) (nonprecedential disposition).